ANNIE SCHATZBERG, Respondent, v. LOUIS SCHATZBERG, Appellant.

(Argued January 5, 1931; decided January 13, 1931.)

*Louis Jersawit* for motion.
*Abraham Mopper* opposed.

Motion denied, without prejudice to its renewal in connection with the argument of the appeal.